IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANGELA DENISE NAILS,       )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )    1:12cv658-MHT
                           )        (WO)
LESTER McCAA,              )
                           )
    Defendant.             )
```

## OPINION

Plaintiff filed this lawsuit seeking child support from her former husband. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2012.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE